UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR-11-0107-WFN-17 |
| Plaintiff, ) | |
| ) | ORDER ON BAIL REVIEW |
| v. ) | **(Ct. Rec. 403)** |
| ) | |
| DUSTY BLUE ZARATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On September 6, 2011, this court held a bail review hearing upon a motion to reconsider.  Stephanie Van Marter, appeared for the government and the defendant was present with CJA counsel Mark Vovos.

The Defendant moved for a review of Judge Imbrogno's order detaining the Defendant pending disposition of his case. **(Ct. Rec. 282).** The Defendant presented the new evidence of a completed drug and alcohol assessment.  The Court heard argument from counsel.

The Court denied defendant's motion for reconsideration for the same reasons set forth in Judge Imbrogno's order. **(Ct. Rec. 282).** The Defendant will remain in custody pending further order of the Court. **(Ct. Rec. 420)**

**IT IS SO ORDERED.**

DATED this 6th day of September, 2011.

s/ James P. Hutton
JAMES P. HUTTON
United States Magistrate Judge

ORDER ON BAIL REVIEW HEARING